NUMBER 13-03-355-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________________
 
JOSE L. SALDUA,                                                            Appellant,

v.

WELLS FARGO BANK, N.A.,                                               Appellee.
____________________________________________________________________

On appeal from County Court at Law No. 5
of Nueces County, Texas.
____________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yanez, and Garza
Opinion Per Curiam

         Appellant, JOSE L. SALDUA, perfected an appeal from a judgment entered by
the County Court at Law No. 5 of Nueces County, Texas, in cause number 03-60391-5. After the record and appellant’s brief were filed, appellant filed a motion to dismiss
the appeal. In the motion, appellant states that this case has been resolved and
appellant no longer wishes to prosecute this appeal. Appellant requests that this Court
dismiss the appeal.
         The Court, having considered the documents on file and appellant’s motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant’s
motion to dismiss is granted, and the appeal is hereby DISMISSED.
                                                                                 PER CURIAM
Opinion delivered and filed this
the 5th day of February, 2004.